## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| **v.** | * | **Case No. JKB-13-102** |
| **KEITH MORRIS** | * | |

\* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Keith Morris, by and through his attorney, C. Justin Brown, respectfully requests that this Honorable Court modify the conditions of his pretrial release to allow him to travel within the states of Maryland, West Virginia and Pennsylvania. In support of this Motion, the Defendant states the following:

1. On March 5, 2013, Morris was charged with deprivation of rights, in violation of 18 U.S.C. § 242, related to an alleged assault on an inmate at the Maryland Department of Corrections.

2. On March 8, 2013, Judge Timothy J. Sullivan released Morris to the custody of U.S. Pretrial Services and restricted his travel to the Middle District of Pennsylvania and the District of Maryland. Since that time Morris has been fully compliant with the conditions of his release.

3. On September 27, 2013, Morris pleaded guilty, pursuant to Rule 11(c)(1)(C), to an agreed upon term of 18 month probation. *See* related case, *U.S. v. Morris*, JKB-13-0518. His sentencing is set for March 11, 2014.

4. Morris currently resides in Pennsylvania, near the Maryland and West Virginia borders. He wants to be able to travel between these three states so that he can participate in church activities, recreational activities, and day-to-day errands. A modification is necessary for him to do this.

5. Undersigned counsel discussed this proposed modification with Erma Dasovich of U.S. Pretrial Services. Ms. Dasovich does not have any objections.

6. The Assistant U.S Attorneys prosecuting this case, Forrest Christian and Sanjay Patel, also does not object to this request. Therefore, this Motion is unopposed.

WHEREFORE, the Defendant prays this Honorable Court sign the attached Order and Modify the Conditions of Morris' pretrial release.

Respectfully Submitted,

_____/s/_____
C. Justin Brown
THE LAW OFFICE OF C. JUSTIN BROWN
231 E. Baltimore Street, Suite 1102
Baltimore, Maryland 21202
Tel: 410-244-5444
Fax: 410-934-3208

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, a copy of this Motion was served on all parties via CM/ECF, and that additional copies have been forwarded to Erma Dasovich and Natalie Shreve of U.S. Pretrial Services.


_____/s/_____
C. Justin Brown

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**UNITED STATES**                          *

    **v.**                                   *        **Case No. JKB-13-102**

**KEITH MORRIS**                           *

            *   *   *   *   *   *   *   *   *

## ORDER

It is hereby ORDERED that Defendant's Unopposed Motion to Modify Conditions of Pretrial Release is GRANTED and Defendant's conditions are amended in the following way:

- Defendant is permitted to travel within Pennsylvania, West Virginia and Maryland;

- In all other respects, the conditions of Morris' release under the supervision of U.S. Pretrial Services remain unchanged.

_____
JUDGE

_____
DATE